**ORIGINAL**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
MIDDLE DISTRICT OF PENNSYLVANIA
at _SCR._

RECEIVED FROM  KAROLY LAW FIRM
527 HAMILTON ST.
ALLENTOWN, PA 18101

| ACCOUNT | AMOUNT | |
|---|---|---|
| | 400 | 00 |
| | | X |
| TOTAL | 400 | 00 |

Case Number or Other Reference
3:17-CV-2052

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 11-8-2017    Cash ☐  Check ☒  M.O. ☐  Credit ☐    DEPUTY CLERK: _[signature]_

★ U.S. GPO: 1995-606-205

---

Court Name: District Court
Division: 3
Receipt Number: 33057952
Cashier ID: lhamitk
Transaction Date: 11/09/2017
Payer Name: KAROLY LAW FIRM

CIVIL FILING FEE
For: NOAH REED
Case/Party: D-PAM-3-17-CV-002052-001
Amount: $400.00

Paper Check Conversion
Check/Money Order Num: 5074
Amt Tendered: $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

Only when bank clears the check or verifies credit of funds is the fee or debit officially paid or discharged. A $53.00 fee will be charged for returned checks.