IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NOAH P. REED
      Plaintiff,

v.

TROOPER RONALD MERCATILI, et al.,
      Defendants.

No. 3:17-CV-2052

## STIPULATION OF VOLUNATRY DISMISSAL

This matter having been settled, the parties, by and through their undersigned counsel, hereby stipulate pursuant to F.R.C.P. 41(a)(1)(A)(ii), that all claims asserted against All Defendants are hereby dismissed, with prejudice.

The Court shall retain jurisdiction for ninety (90) days.

_/s/ Joshua B. Karoly_
Joshua B. Karoly, Esquire
527 Hamilton Street
Allentown, PA 18101
Attorney for Plaintiff

Date: 5/15/18

_/s/ Andrew M. Rongaus_
Andrew M. Rongaus, Esquire
Pennsylvania State Police
Office of Chief Counsel
1800 Elmerton Avenue
Harrisburg, PA 17110
Attorney for Defendants

Date: 05-15-2018